1  JODI LINKER
2  Federal Public Defender
   Northern District of California
3  SAMANTHA JAFFE
   Assistant Federal Public Defender
4  19th Floor Federal Building - Box 36106
   450 Golden Gate Avenue
5  San Francisco, CA 94102
   Telephone:   (415) 436-7700
6  Facsimile:   (415) 436-7706
   Email:       Samantha_jaffe@fd.org
7
8  Counsel for Defendant Cisneros-Panameno
9

10           IN THE UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA, | Case No.: MJ 25-71082 MAG |
15 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS RE: BAIL AND PRELIMINARY HEARING AND ARRAIGNMENT TO NOVEMBER 4, 2025 FOR ARRAIGNMENT AND STATUS RE: BAIL** |
16 | v. | |
17 | JOSE ALBERTO CISNEROS-PANAMENO, | |
18 | Defendant. | |
19 | | |

20
21
22       The above captioned matter is scheduled for a status conference regarding preliminary
23 hearing and arraignment, as well as a status regarding bail conditions, before this Court on
24 October 28, 2025. The parties respectfully request this Court continue the status to Tuesday,
25 November 4, 2025, at 10:00 a.m. to allow the indictment to be filed, and set it for status
26 regarding bail conditions and arraignment on that date. This will allow both matters to be
27 handled at the same hearing. The parties conferred with the assigned courtroom deputy
28 regarding the date and availability in advance of filing this stipulation.

STIPULATION AND [PROPOSED] ORDER
MJ 25-70022 MAG

The parties also agree that time should be excluded from October 28, 2025 to November 4, 2025, under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate to extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

| October 24, 2025 | CRAIG H. MISSAKIAN |
| Dated | United States Attorney |
| | Northern District of California |

_____/S_____
JEFFREY BORNSTEIN
Assistant United States Attorney

| October 24, 2025 | JODI LINKER |
| Dated | Federal Public Defender |
| | Northern District of California |

_____/S_____
SAMANTHA JAFFE
Assistant Federal Public Defender

IT IS SO ORDERED.

October 27, 2025
Dated                                         HONORABLE ALEX G. TSE
                                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
MJ 25-70022 MAG